**Appeal No.   2022AP361-CR**

**STATE OF WISCONSIN**

Cir. Ct. No. 2019CF157

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**STATE OF WISCONSIN,**

  **PLAINTIFF-RESPONDENT,**

  **V.**

**SUZANNE LEE SHEGONEE,**

  **DEFENDANT-APPELLANT.**

FILED

October 28, 2022

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Richard A. Radcliffe
Circuit Court Judge
Electronic Notice

Laura Endres
Clerk of Circuit Court
Monroe County Courthouse
Electronic Notice

Kevin D. Croninger
Electronic Notice

Katie R. York
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 16 in the above-captioned opinion which was released on October 27, 2022.  A

corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.